2025 FEB 13 PM 3:21

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| | Criminal No. 25- 081 (ADC) |
| v. | Violations: |
| | 18 U.S.C. § 922(o) |
| EDAN J. HERNANDEZ-GARCIA, | Forfeiture Allegation |
| Defendant. | **ONE COUNT** |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### Illegal Possession of Machineguns
(18 U.S.C. § 922(o))

On or about February 8, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**EDAN J. HERNANDEZ-GARCIA,**

did knowingly possess a machinegun, that is, one Glock pistol, model 45, 9mm caliber, bearing serial number BMFC955 which was modified to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. All in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

**FIREARMS FORFEITURE ALLEGATION**

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses charged in Count One of this Indictment, the defendant,

EDAN J. HERNANDEZ-GARCIA,

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in the commission of the offense and any firearm and ammunition seized in this case, including, but not limited to: one Glock pistol, model 45, 9mm caliber, bearing serial number BMFC955; 49 rounds of 9mm ammunition; and two 9mm magazines. All in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

TRUE BILL

_____

W. STEPHEN MULDROW
United States Attorney

Jeanette M. Collazo-Ortiz
Assistant United States Attorney
Deputy Chief, Violent Crimes Division

César E. Rivera Díaz
Assistant United States Attorney
Violent Crimes Division