# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

5 MINUTE

| | |
|---|---|
| **MINUTE OF PROCEEDINGS** | DATE: <u>February 13, 2025.</u> |
| **U.S. MAGISTRATE JUDGE MARCOS E. LOPEZ** | AUSA Cesar Rivera-Diaz |
| COURT REPORTER:  **DCR** | COURTROOM NO:  **OSJ 6** |

UNITED STATES OF AMERICA

Plaintiff

v

EDAN J. HERNANDEZ-GARCIA (1)
Defendant(s)

Return of
Indictment by the Grand Jury
Criminal No.   **25-CR-0081 (ADC)**

Indictment was filed in open court.

**Arraignment  to be set upon arrest.**

Case is assigned to Judge Aida M. Delgado-Colon.

## NEW CASE:

☐   This Indictment supersedes Criminal Case No. _____.

☐   Defendant(s) **appeared** in_____. <u>Magistrate case merged and closed.</u>

☐   Defendant(s) charged in magistrate case -----. but **not arrested.**  <u>Magistrate case merged and closed.</u>

☒   Defendant(s) **not charged** in magistrate case.

☐   The Court granted the government's motion to seal.

☐   Defendant(s) to remain on same bond.

☐   Defendant(s) under custody:        .  Marshal to produce defendant(s).

☒   Arrest warrants to be issued.

☐   Summons to be issued.

<u>**S/María Luz Díaz**</u>
Courtroom Deputy Clerk