



GOVERNMENT
EXHIBIT
2
25-081-ADC
CARDELS 800.783.656  3/5/25  AMA

CARDELS 800-783-0638

GOVERNMENT
EXHIBIT

3/5/25

3

AMA

25-081-ADC





GOVERNMENT
EXHIBIT
4
25-081-ADC
CARDELS 800/783-8363
3/5/25
AMA





CARDELL 800-788-0950

GOVERNMENT
EXHIBIT

3/5/25    6    AMA

25-081-ADC



GOVERNMENT
EXHIBIT

CADELS 800-788-8891
3/5/25

7

AMA

25-081-ADC



GOVERNMENT
EXHIBIT
8
25-081-ADC



GOVERNMENT
EXHIBIT
9
25-081-ADC
CARDELLS 800-782-6355
3/5/25    AMA